# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                               Plaintiff,

        vs.

Jorge Erik Zuniga-Escorza,

                               Defendant.

Case No. 25CR2816-TWR

JUDGMENT OF DISMISSAL

**FILED**

JAN 2 1 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

[X]    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

[ ]    the Court has dismissed the case for unnecessary delay; or

[ ]    the Court has granted the motion of the Government for dismissal, without prejudice; or

[ ]    the Court has granted the motion of the defendant for a judgment of acquittal; or

[ ]    a jury has been waived, and the Court has found the defendant not guilty; or

[ ]    the jury has returned its verdict, finding the defendant not guilty;

[X]    of the offense(s) as charged in the Indictment/Information:

(1) 21:952, 960 - Importation of Fentanyl (Felony); (2) 21:952, 960 - Importation of Methamphetamine (Felony)

Dated:   01/21/2026

Hon. Barbara Lynn Major
United States Magistrate Judge